JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAGUNA HW, LLC d/b/a 14 WEST LAGUNA BEACH HOTEL, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-06190-DSF-AS<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:　June 27, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　IT IS SO ORDERED.

　DATED: February 22, 2023

　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE